UNIRAM TECHNOLOGY, INC.,
Plaintiff–Cross Appellant,

v.

MONOLITHIC SYSTEM
TECHNOLOGY,
Defendant,

and

Taiwan Semiconductor Manufacturing
Company, Ltd., and TSMC North
America, Defendants–Appellants.

Nos. 2008–1494, 2008–1520.

United States Court of Appeals,
Federal Circuit.

Oct. 30, 2008.

## ON MOTION

### ORDER

The parties move jointly to remand the case to the United States District Court for the Northern District of California to allow the district court to act on a joint motion for vacatur.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.